UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HOOSIER ENVIRONMENTAL COUNCIL and CITIZENS FOR APPROPRIATE RURAL ROADS,<br>Plaintiffs, | )<br>)<br>)<br>)<br>) | |
| vs. | ) | 1:11-cv-0202-LJM-DML |
| UNITED STATES ARMY CORPS OF ENGINEERS, W.B. TEMPLE, Acting Commander and Acting Chief Engineer, United States Army Corps of Engineers, COL. LUKE T. LEONARD, Commander and District Engineer, United States Army Corps of Engineers, Louisville Division,<br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| and | ) | |
| INDIANA DEPARTMENT OF TRANSPORTATION,<br>Defendant-Intervenor. | )<br>)<br>) | |

## ENTRY OF JUDGMENT

Through an Order dated July 24th, 2012, the Court granted Defendants' and Defendant-Intervenor's motions for summary judgment and denied Plaintiffs' motion for summary judgment. Plaintiffs shall take nothing by way of their complaint. Judgment is entered accordingly.

DATED this 24th day of July, 2012.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: ___*Cindy B. Urich*___
      Deputy Clerk

Distribution to:

Andrew B. Armstrong
ENVIRONMENTAL LAW AND POLICY CENTER
aarmstrong@elpc.org

Albert M. Ferlo
PERKINS COIE LLP
aferlo@perkinscoie.com

Elisabeth C. Frost
PERKINS COIE LLP
efrost@perkinscoie.com

Mick G. Harrison
mickharrisonesq@earthlink.net

Timothy J. Junk
INDIANA OFFICE OF THE ATTORNEY GENERAL
tjunk@atg.state.in.us

William G. Malley
wmalley@perkinscoie.com

Daniel W. Pinkston
U.S. DEPARTMENT OF JUSTICE
daniel.pinkston@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE
shelese.woods@usdoj.gov